AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
District of Columbia

**SEALED**

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | |
| SEAN SOHEIL | ) | Case Number: 13CR246 (SEALED) |
| | ) | USM Number: 32466-016 |
| | ) | Davis Bos |
| | ) | Defendant's Attorney |

**FILED**
APR 1 7 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## THE DEFENDANT:

☑ pleaded guilty to count(s)   1 and 2 of the Information on August 23, 2013

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 841(a)(1) and (b)(1)(C) and 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Mixture or Substance Containing Methamphetamine | Occurred from at least January 2010 to February 2013 | 1 |

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 7, 2015
Date of Imposition of Judgment

_Reggie B. Walton_
Signature of Judge

Reggie B. Walton      U.S. District Court Judge
Name and Title of Judge

April 16, 2015
Date

AO 245B      (Rev 09/11) Judgment in a Criminal Case
             Sheet 1A

Judgment—Page  2  of  7

DEFENDANT   SEAN SOHEIL
CASE NUMBER   13CR246 (SEALED)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1956(a)(1)(A)(i) | Laundering of Monetary Instruments | On or about February 21, 2013 | 2 |

DEFENDANT  SEAN SOHEIL
CASE NUMBER  13CR246 (SEALED)

Judgment — Page 3 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

Time Served

☐ The court makes the following recommendations to the Bureau of Prisons

☐ The defendant is remanded to the custody of the United States Marshal

☐ The defendant shall surrender to the United States Marshal for this district

    ☐ at _____  ☐ a m  ☐ p m  on _____

    ☐ as notified by the United States Marshal

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

    ☐ before 2 p m on _____

    ☐ as notified by the United States Marshal

    ☐ as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev 09/11) Judgment in a Criminal Case
       Sheet 3 — Supervised Release

Judgment—Page 4 of 7

DEFENDANT    SEAN SOHEIL
CASE NUMBER   13CR246 (SEALED)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of
TEN (10) years as to Count 1, and THREE (3) years as to Count 2 to run concurrent with each other

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons

The defendant shall not commit another federal, state or local crime

The defendant shall not unlawfully possess a controlled substance  The defendant shall refrain from any unlawful use of a controlled substance   The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court

- [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse  *(Check, if applicable)*

- [ ] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon  *(Check, if applicable)*

- [x] The defendant shall cooperate in the collection of DNA as directed by the probation officer  *(Check if applicable)*

- [ ] The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U S C § 16901, *et seq*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense  *(Check, if applicable)*

- [ ] The defendant shall participate in an approved program for domestic violence  *(Check if applicable)*

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer,
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer,
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,
4) the defendant shall support his or her dependents and meet other family responsibilities,
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons,
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment,
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician,
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered,
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer,
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer,
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer,
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court, and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement

AO 245B    (Rev 09/11) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

Judgment—Page  5  of  7

DEFENDANT   SEAN SOHEIL
CASE NUMBER   13CR246 (SEALED)

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall be assessed for substance abuse treatment, and if found necessary, the defendant must participate in, and successfully complete, a residential and/or outpatient substance abuse treatment program, which will include routine drug testing and detoxification service, as directed by the Probation Office

The defendant shall obtain and maintain full time employment   The circumstances of the defendant's employment shall be at the discretion of the Probation Office, but subject to review by the Court

The defendant shall be assessed for mental health treatment, and if necessary, the defendant must participate in outpatient counseling or residential placement, as directed by the Probation Office

The Probation Office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court   These agencies shall return the presentence report to the Probation Office upon completion and termination of the treatment involved

The Courts finds the defendant does not have the ability to pay a fine or the costs of his community supervision

Judgment — Page  6  of  7

DEFENDANT   SEAN SOHEIL
CASE NUMBER   13CR246 (SEALED)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| **TOTALS** | $ 200 00 | $ 0 00 | $ 0 00 |

☐ The determination of restitution is deferred until _____ An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below  However, pursuant to 18 U S C § 3664(i), all nonfederal victims must be paid before the United States is paid

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|   |   |   |   |

| **TOTALS** | $ 0 00 | $ 0 00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U S C § 3612(f)  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U S C § 3612(g)

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996

DEFENDANT   SEAN SOHEIL
CASE NUMBER   13CR246 (SEALED)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows

A   ☐   Lump sum payment of $ _____ due immediately, balance due

        ☐   not later than _____ , or
        ☐   in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below, or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below), or

C   ☐   Payment in equal _____ *(e g weekly, monthly quarterly)* installments of $ _____ over a period of _____ *(e g months or years)*, to commence _____ *(e g 30 or 60 days)* after the date of this judgment, or

D   ☐   Payment in equal _____ *(e g weekly monthly quarterly)* installments of $ _____ over a period of _____ *(e g months or years)*, to commence _____ *(e g 30 or 60 days)* after release from imprisonment to a term of supervision, or

E   ☐   Payment during the term of supervised release will commence within _____ *(e g 30 or 60 days)* after release from imprisonment The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

F   ☑   Special instructions regarding the payment of criminal monetary penalties

        The defendant shall pay the $200 00 Special Assessment imposed no later than April 10, 2015

        The defendant shall make monthly payments of $50,00 towards the money judgment included in the forfeiture order dated August 23, 2013 to commence on May 1, 2015 and the 1st of every month thereafter, until total amount is paid in full

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed

☐   Joint and Several

      Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate

☐   The defendant shall pay the cost of prosecution

☐   The defendant shall pay the following court cost(s)

☐   The defendant shall forfeit the defendant's interest in the following property to the United States

Payments shall be applied in the following order (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs